# EXHIBIT "A"

**Amanda Winston**

| | |
|---|---|
| **From:** | "Susan Aprill" <SAprill@fowler-white.com> |
| **To:** | "'Amanda Winston'" <amandawinston@mindspring.com>; <donyarbrough@mindspring.com> |
| **Cc:** | <brianalbaum@mindspring.com>; <alyssaindelicato@mindspring.com>; "Vicki Passy" <VPassy@fowler-white.com>; "'Leanna Parasram'" <leannaparasram@mindspring.com>; "John S. Graham" <JGraham@fowler-white.com> |
| **Sent:** | Friday, August 12, 2011 4:05 PM |
| **Subject:** | RE: Balthazor: Your email of Aug 11 |

Don,
We oppose any extension of time to file your motion for class certification.

We have the following answers to the questions you posed below which are based on information that can be obtained from the existing systems at Central Credit:
For the 3 classes, the number of persons believed to be the universe of those that could be included in the class described in paragraph 38 of the complaint is 1,568 (but Central has no way of determining if the debts were incurred for the purposes stated in paragraph 38(b)); for that described in paragraph 39 it is 27,583, and for that described in paragraph 40 it is 330,715.

Since you did not provide any other specific questions, we believe we have now fully responded to your email.
Susan Aprill



**Susan H. Aprill**
SHAREHOLDER

vCard | Biography | Website

954.377.8100 main
954.377.8158 direct
954.848.2781 fax
saprill@fowler-white.com

One Financial Plaza
100 Southeast 3rd Avenue
21st Floor
Fort Lauderdale, Florida 33394

**www.fowler-white.com**

**From:** Amanda Winston [mailto:amandawinston@mindspring.com]
**Sent:** Thursday, August 11, 2011 1:33 PM
**To:** Susan Aprill; donyarbrough@mindspring.com
**Cc:** brianalbaum@mindspring.com; alyssaindelicato@mindspring.com; Vicki Passy; 'Leanna Parasram'
**Subject:** Re: Balthazor: Your request for a date to depose a second Security Credit corp rep

Counsel,

I thought it was obvious. The most immediate need is for numerosity with respect to our motion for certification which is due Monday. The witness testified that he had run reports for the three classes, but he had failed to use the proper class period and he had failed to determine whether calls were placed on the account, and he had failed to determine whether or not the calls were placed to cellular numbers, all of which he testifed he had the ability to do. In addition, there were some other areas that the witness

was unable to provide proper responses, but we don't have the luxury of time with respect to numerosity as the motion is due Monday. Please let me know when you can get me the number of persons included in the three classes, and I accept your offer regarding the re-notice of the deposition of Security. I'm going to assume you can get me the numbers for numerosity within two weeks. If you need longer than that, let me know, because I'm going to move the Court for an extension of time of two weeks to file our motion for certification, let me know if it is opposed or not.

Don Yarbrough
Dictated not Read

<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
Amanda J. Winston
Legal Assistant
Donald A. Yarbrough, Esq.
Suite 105
2000 East Oakland Park Boulevard
Post Office Box 11842
Ft. Lauderdale, FL 33339
Tel: 954-537-2000
Fax: 954-566-2235
Email <amandawinston@mindspring.com>
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>

> ----- Original Message -----
> **From:** Susan Aprill
> **To:** 'donyarbrough@mindspring.com'
> **Cc:** 'Amanda Winston' ; 'brianalbaum@mindspring.com' ; 'alyssaindelicato@mindspring.com' ; Vicki Passy ; 'Leanna Parasram'
> **Sent:** Wednesday, August 10, 2011 6:47 PM
> **Subject:** RE: Balthazor: Your request for a date to depose a second Security Credit corp rep
>
> Don,
> Please see the email below. I would like to get you the information you need without a further deposition if possible and will be talking to our client tomorrow to work on that so please provide the questions you need answered or, if you insist on a date for another deposition, I can arrange to have the afternoon of either August 16 or 24 open and can see if a Central witness could be available on one of those dates.  Do either work for you?
>
> I am preparing for a trial in September with a discovery cutoff this month so I hope one of the above options work.
> Susan Aprill
>
> **From:** Susan Aprill
> **Sent:** Tuesday, August 09, 2011 4:06 PM
> **To:** 'Amanda Winston'; Leanna Parasram; alyssaindelicato@mindspring.com; brianalbaum@mindspring.com; donyarbrough@mindspring.com; John S. Graham; Paula Rescia; Vicki Passy
> **Subject:** RE: Balthazor: Your request for a date to depose a second Security Credit corp rep

Don,
I understood we were going to work on getting you answers to the Central questions under oath and would possibly not need another witness to be deposed. I just got the transcript of Whitson late yesterday so if you want to let me know what questions you want answered, I will pursue that right away. If not, give me dates that you are available and how much time you need for the Jacksonville witness and I will work on it.
Susan

**Fowler White Burnett**
ATTORNEYS AT LAW

**Susan H. Aprill**
SHAREHOLDER

vCard | Biography | Website

954.377.8100 main
954.377.8158 direct
954.848.2781 fax
saprill@fowler-white.com

One Financial Plaza
100 Southeast 3rd Avenue
21st Floor
Fort Lauderdale, Florida 33394

www.fowler-white.com

---

**From:** Amanda Winston [mailto:amandawinston@mindspring.com]
**Sent:** Tuesday, August 09, 2011 3:07 PM
**To:** Susan Aprill; Leanna Parasram; alyssaindelicato@mindspring.com; brianalbaum@mindspring.com; donyarbrough@mindspring.com; John S. Graham; Paula Rescia; Vicki Passy
**Subject:** Re: Balthazor: Your request for a date to depose a second Security Credit corp rep

Okay, but what about the deposition for the other Defendant? What date do you propose for that?

Don Yarbrough
Dictated not Read

<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
Amanda J. Winston
Legal Assistant
Donald A. Yarbrough, Esq.
Suite 105
2000 East Oakland Park Boulevard
Post Office Box 11842
Ft. Lauderdale, FL 33339
Tel: 954-537-2000
Fax: 954-566-2235
Email <amandawinston@mindspring.com>
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>

   ----- Original Message -----
   **From:** Susan Aprill
   **To:** Leanna Parasram ; Alyssa Indelicato (alyssaindelicato@mindspring.com) ; Amanda Winston (amandawinston@mindspring.com) ; Brian Albaum (brianalbaum@mindspring.com) ; Don Yarbrough (donyarbrough@mindspring.com) ; John S. Graham ; Paula Rescia ; Susan Aprill ; Vicki Passy
   **Sent:** Tuesday, August 09, 2011 12:05 PM

**Subject:** Balthazor: Your request for a date to depose a second Security Credit corp rep

Don,
Since you advised me yesterday August 8 that you are unable to depose a Security Credit witness on August 10, I have released that date. The witness is otherwise unavailable this week.

The witness is available to give a deposition on Monday, Aug. 22, but I will need a written notice expressly stating those subjects not covered by the prior notice that you wish to cover by August 16. If I do not have confirmation of the date by Aug. 11, I cannot hold it since there are other matters that must be scheduled.
Susan Aprill



**Susan H. Aprill**
SHAREHOLDER

vCard | Biography | Website

954.377.8100 main
954.377.8158 direct
954.848.2781 fax
saprill@fowler-white.com

One Financial Plaza
100 Southeast 3rd Avenue
21st Floor
Fort Lauderdale, Florida 33394

www.fowler-white.com

**TAX MATTERS- IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.*** ***Attention: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

**TAX MATTERS- IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.***
***Attention: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

**TAX MATTERS- IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by

the IRS, we inform you that any tax advice contained in this communication (including attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.***
***Attention: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.