UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-62435-Civ-Cohn/Seltzer

LYNNE M. BALTHAZOR,
on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC.,
SECURITY CREDIT SERVICES, LLC,
and JOHN DOES 1 – 3

    Defendants
_____/

## PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY

Plaintiff, Lynne M. Balthazor, gives notice of filing the attached supplemental authorities on the issue of consent, with respect to Plaintiff's Motion for Class Certification (DE 62) and the parties' cross-motions for summary judgment (DE 84, 87): the decision of the Ninth Circuit in Meyer v. Portfolio Recovery Associates, LLC, 2012 U.S. App. LEXIS 21136 (9th Cir. Oct. 12, 2012) attached as Exhibit "A," and the decision of the Sixth Circuit in Leyse v. Clear Channel Broad., Inc., 2012 U.S. App. LEXIS 18706 (6th Cir. 2012) attached as Exhibit "B."

Respectfully submitted,

1

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-62435-Civ-Cohn/Seltzer

LYNNE M. BALTHAZOR,
on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

CENTRAL CREDIT SERVICES, INC.,
SECURITY CREDIT SERVICES, LLC,
and JOHN DOES 1 – 3

    Defendants
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on October 15, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                    s/Donald A. Yarbrough
                                    Donald A. Yarbrough, Esq.

## **SERVICE LIST**

Susan H. Aprill
Fowler White Burnett P.A.
Suite 2100
One Financial Plaza, 100 Southeast Third Avenue
Fort Lauderdale, FL 33394
Telephone: 954-377-8100
Facsimile: 954-377-8101

Via Notices of Electronic Filing generated by CM/ECF